## MOTION FOR COURT TO PLEASE APPOINT COUNSEL

I, Anna Kubit, Plaintiff/Pro Se, would please like to ask that the Court appoints legal counsel for me for my case of defamation. I am trying to sue Google for damages and do not know the laws or procedures necessary to win my case.

Currently, I am unable to afford an attorney as my income is low to none. I am self employed in marketing and with the economy being what it is, I make money very sporadically and use it to pay for my essential bills. I am behind on some financial obligations and do not have the funds in my account for a retainer that the attorneys I have contacted are requesting.

I will greatly appreciate your help in this matter.

**Please call me personally if you have any questions at all: 239-293-6886.**

Kind regards,

9·22·08

Anna Kubit, Pro Se

1147 Rainbow Dr.

Naples, FL 34104

239-293-6886

limitlessanna@gmail.com

State: Florida
County: Collier
9/26/08
FL DL presented by Anna Kubit

MICHAEL BOVINO
Notary Public, State of Florida
Commission# DD683321
My comm. expires Aug. 09, 2010

2008 SEP 29 PM 12:49
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA
FILED