Kubit v. Google Groups and All Other Websites, et al     Doc. 4

FILED

2008 AUG 20 PM 2: 11

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re: Filing of Documents that Exceed Twenty-Five Pages

                                /

Case No. 2:06-MC-27-FTM-29

## STANDING ORDER

In order to facilitate the Court's review of certain documents, the judges of the Fort Myers Division agree that parties should submit to chambers a courtesy copy of any document filed electronically in the Fort Myers Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby **ORDERED**:

1. A party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to the assigned judge's chambers.

2. In order to implement this requirement, the Clerk of the Court is directed to file this Standing Order in every new civil case filed in the Fort Myers Division until further Order.

3. This Standing Order is not applicable to criminal cases.

Dockets.Justia.com

**DONE AND ORDERED** at Fort Myers, Florida, this 20 day of August, 2008.

For the Court:

_____
John E. Steele
United States District Judge


_____
Douglas N. Frazier
United States Magistrate Judge


_____
Sheri Polster Chappell
United States Magistrate Judge