**ATTACHMENT A**

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

2008 OCT 20 PM 12: 37

U.S.
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

I hereby disclose the following pursuant to this Court's interested persons order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    [insert list]   None

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    [insert list]   Google Groups (defendant) ?

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    [insert list]   None

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    [insert list]   Anna Kubit, Konsultor Corporation (FL corp).

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

[Date]   10.15.2008

_____, Pro Se   (ANNA KUBIT)
[Counsel of Record or *Pro Se* Party]
[Address and Telephone]

1147 Rainbow Dr
Naples, FL 34104

[Certificate of Service]

-3-

(Sent 10/17/08 by 10/20 deadline)