FILED

2008 OCT 20 PM 12: 38

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ANNA KUBIT,

    Plaintiff,

v.                            Case No. 2:08-cv-738-FtM-99SPC

GOOGLE GROUPS AND ALL OTHER
WEBSITES; N~~ICO SAMARA~~; ~~KIRA KRUMM~~   ← case amended
~~INTERIOR DESIGN,~~

                                 See attachment

    Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

X IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: 10.17.2008

ANNA KUBIT, PRO SE                    N/A

_____      _____
[Counsel of Record or *Pro Se* Party]    [Counsel of Record or *Pro Se* Party]
[Address and Telephone]               [Address and Telephone]

1147 Rainbow Dr.
Naples FL 34104

SCANNED

(sent 10/17/08 by _____)