UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNA KUBIT,

Plaintiff,

-vs-                                                    Case No. 2:08-cv-738-FtM-99SPC

GOOGLE GROUPS AND ALL OTHER
WEBSITES; NICO SAMARA; KIRA KRUMM
INTERIOR DESIGN,

Defendants.

_____

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Corrected Complaint and Demand

for Jury Trial (Doc. No. 11) filed on October 20, 2008. On October 15, 2008, this Court

issued an Order dismissing the complaint with prejudice. Accordingly, it is now

**ORDERED:**

Plaintiff's Corrected Complaint and Demand for Jury Trial (Doc. No. 11) is

**STRICKEN.**

**DONE AND ORDERED** in Chambers, this $\underline{14}$ day of February, 2009.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record