Kubit v. Google Groups and All Other Websites, et al    Doc. 13

# MOTION FOR COURT TO PROVIDE EXPLANATION

to:

## THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA, Ft. Myers Division

**ANNA KUBIT,** Pro Se

*1147 Rainbow Dr., Naples, FL 34104  |  239-293-6886*

    Plaintiff

                                    **CASE NUMBER: 2:08-cv-738**

**1** Can the court please explain why it cannot issue me a cease and decist order mandating that the websites remove the clearly false defamation from their websites (as evidenced by an HIV test result) so that I may on my own attempt to remove the defamation from websites like GoogleGroups? I cannot sue a specific person nor GoogleGroups as 1. The person cannot be traced at this time, so I have no person to sue 2. GoogleGroups appears immune to lawsuits as they are not a publisher, yet they will not comply with removing the defamation, even though I have been contacting them to do so for 2 years now.

The only way I can get the defamation removed is if I have a cease and decist order from a court.

Could the court please explain how I may receive the Cease and Decist order? I am a pro se litigant with no attorney to advise me. I am looking for an attorney, but as of yet do not have one.

Kind regards,

*[signature]*

Anna Kubit, Pro Se        DATED AND SENT: 2/13/09

FILED 2009 FEB 17 PM 2:01 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA

Anna Kubit, Pro Se  Address: 1147 Rainbow Dr., Naples, FL 34104  Phone: 239-293-6886  Email: limitlessanna@gmail.com

Dockets.Justia.com